UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAMELA RUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:14CV01189 ERW |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendants. ) | |

# **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion for Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 [ECF No. 23].

Plaintiff seeks $5,740.29 in fees, which is for 30.70 hours at $186.98 per hour pursuant to 28 U.S.C. § 2412. Plaintiff also seeks $400.00 for the complaint filing fee, and $100.00 for the *pro hac vice* filing fee. Defendant does not object to the amount of attorney fees and agrees Plaintiff should be compensated $500.00 for the filing fees from the Judgment Fund administered by the United States Treasury under 28 U.S.C. § 1920.

**IT IS HEREBY ORDERED** that Plaintiff shall be awarded $5,740.29 in attorney fees to be paid by the Social Security Administration and $500.00 in costs to be paid from the Judgment Fund of the United States Treasury.  These amounts should be made payable to Plaintiff's attorney after it is determined the claimant does not have any outstanding federal debt subject to collection.

So Ordered this 6th Day of November, 2015.

                                                     **E. RICHARD WEBBER**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**